**FILED**

OCT 27 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESPINOZA, et al,<br><br>　　　　Defendants. | No. C 15-4130 RMW(PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPLICATION IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(Docket No. 3) |

On September 14, 2015, plaintiff, a state prisoner proceeding pro se filed a complaint pursuant to 42 U.S.C. § 1983. That same day, the Clerk notified plaintiff that he had not paid the filing fee. (Docket No. 2.) Along with the Clerk's deficiency notice, plaintiff was provided with a blank *in forma pauperis* ("IFP") application and instructions for completing it. Plaintiff has filed a letter requesting additional 10-days to submit an IFP application. (Docket No. 3.) Plaintiff's motion is GRANTED.

Plaintiff shall file a complete IFP application or pay the $400 filing fee **within ten (10) days** of the filing date of this order. **Failure to comply will result in dismissal of this case without prejudice.**

IT IS SO ORDERED.

DATED: 10/26/2015

　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Extension of Time to Pay Filing Fee
P:\PRO-SE\RMW\CR.15\Davis130eot-ifp.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOMINIC DAVIS,

    Plaintiff,

v.

ESPINOZA, et al.,

    Defendants.

Case No. 5:15-cv-04130-RMW   (EJD)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dominic Davis ID: AL8200
Y Wing, Cell 116UP
California Training Facility, Central
Post Office VBox 689
Highway 101, North
Soledad, CA 93960-0689

Dated: 10/27/2015

Susan Y. Soong
Clerk, United States District Court

By: *Elizabeth C Garcia*
Elizabeth Garcia, Deputy Clerk