IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIC DAVIS, | ) | No. C 15-4130 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| SGT. ESPINOZA, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 11, 2016, the court dismissed the complaint with leave to amend within thirty days. Plaintiff has failed to file an amended complaint or respond to the court's order. Therefore, plaintiff's case is DISMISSED. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATE: 3/11/2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\CR.15\Davis130dism.wpd